Commonwealth *v.* Berry, Appellant.

Submitted
June 8, 1970. *Nathan Teitelman,* for appellant; *Ed-
ward G. Rendel,* Assistant District Attorney, *James D.
Crawford,* Deputy District Attorney, *Richard A.
Sprague,* First Assistant District Attorney, and *Arlen*

*Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.